IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc., et al., ) | |
| ) | |
| Plaintiffs, ) | No. 07 C 2446 |
| ) | Judge Castillo |
| v. ) | Magistrate Judge Cole |
| ) | |
| CHAPMAN PLUMBING, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF JUDGMENT

NOW COME Plaintiffs, JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and LISA M. SIMIONI, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and move the Court to enter Judgment in favor of Plaintiffs and against Defendant, CHAPMAN PLUMBING, INC., in the amount of $516,423.49. In support hereof, Plaintiffs state:

1. Plaintiffs filed this action on May 7, 2007, seeking a judgment against Defendant enforcing an arbitration award under ERISA, 29 U.S.C. §§1132 and 1145, and LMRA, 29 U.S.C. §185.

2. Defendant was served with process on May 9, 2007. A true and correct copy of the Return of Service is attached hereto as Exhibit A.

3. Defendant was required to appear and answer on or before May 29, 2007.

4. On June 5, 2007, the Court held Defendant in default. A true and correct copy of

the Court's June 5, 2007, Order is attached hereto as Exhibit B.

5. Award was entered against Defendant in the computed amount of $346,951.20. A true and correct copy of Award is attached hereto as Exhibit C.

6. Pursuant to Award and 29 U.S.C. §1132, Plaintiffs' damages are calculated as follows:

| | |
|---|---|
| $346,951.20 - | Award; |
| $21,870.31 - | Additional interest at $3,124.33/month for period 2/1/07 through date of presentment of this motion, pursuant to Award and 29 U.S.C. §1132(g)(2)(B); |
| $143,869.92 - | Double interest consisting of $121,999.61 stated in Award plus $21,870.31 stated above, pursuant to 29 U.S.C. §1132(g)(2)(C); |
| $3,732.06 | Plaintiffs' attorneys' fees and costs through date of presentment of this motion, pursuant to Award and 29 U.S.C. §1132(g)(2)(D) (See Affidavit of Douglas A. Lindsay attached hereto as Exhibit D); |
| $516,423.49 | Total due as of 8/8/07. |

7. Attached hereto as Exhibit E is a draft Order.

WHEREFORE, Plaintiffs, JAMES T. SULLIVAN, etc., et al., request the Court to enter Judgment in favor of Plaintiffs and against Defendant, CHAPMAN PLUMBING, INC., in the amount of $516,423.49.

07-24-07LMS133455-2L-LIT   65100-939LIT-4503

                                  JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and LISA M. SIMIONI

By: _____/s/ Lisa M. Simioni_____
          Lisa M. Simioni
          20 N. Clark Street
          Suite 3200
          Chicago, IL 60602-5093
          312-580-1248

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312-580-1200

## CERTIFICATE OF SERVICE

Lisa M. Simioni hereby certifies that service of the foregoing PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT was effected upon the following person(s):

Todd A. Miller
Allocco & Miller, P.C.
3409 North Paulina Street
Chicago, IL 60657
toddamiller@rcn.com

through the CM/ECF system of the United States District Court for the Northern District of Illinois as a result of electronic filing made this 31 day of July, 2007

                                              s/ Lisa M. Simioni
                                              Lisa Simioni
                                              20 N. Clark Street
                                              Suite 3200
                                              Chicago, IL 60602-5093
                                              312.580.1248